466 A.2d 712

Commonwealth v. Fitzgerald, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted June 9, 1983.

Mitchell A. Kaufman, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.